UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINITY SELECT INSURANCE COMPANY, an Alabama corporation,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM BRANDT, dba BRANDT TREE SERVICES,<br><br>    Defendant. | Case No. CV F 12-0682-LJO-SKO<br><br>**ORDER FOR DISMISSAL** |

Based upon the joint motion of the parties, the case is hereby dismissed with prejudice. This Court VACATES all pending matters and dates, including the August 21, 2012 scheduling conference. This Court DIRECTS the clerk to close the action.

IT IS SO ORDERED.

    Dated:   **August 13, 2012**              /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE